**1387** FENNELL (Co. Treasurer) vs. COMMON COUNCIL (Bay City),
36 M., 185.

To compel the city authorities to pay over such funds as have been paid into their treasury upon fines collected for violation of city by-laws on prosecution before the recorder.

Denied, with costs, April 10, 1877.